**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michael GREENE, Respondent.**

Supreme Court of Pennsylvania.

Sept. 4, 2012.

### ORDER

PER CURIAM.

AND NOW, this 4th day of September, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

> Did the Pennsylvania Superior Court misapply and/or misinterpret Pennsylvania jurisprudence in concluding that the prior offenses cited by the Appellee regarding the Appellant's criminal record did not qualify as crimes of violence, and therefore as first and second strikes, for purposes of sentencing under 42 Pa. C.S.A. § 9714?

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Simon RABAN, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 4, 2012.

### ORDER

PER CURIAM.

AND NOW, this 4th day of September, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Whether the Superior Court correctly held that Section 305(a)(1) of the Dog Law, 3 P.S. § 459–305(a)(1), is a strict liability offense. In briefing this issue, the parties are directed to include a discussion within the framework of the Statutory Construction Act, 1 Pa.C.S.A. §§ 1501 *et seq.*, as to whether the General Assembly intended Section 305(a)(1) to be a strict liability offense.